IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>CANTINA EL SOL, LLC, d/b/a DON GABY'S SPORTS BAR, and JOSE MANUEL ALFERES,<br><br>            Defendants. | 8:22–CV–113<br><br>**MEMORANDUM ON FINAL DISPOSITION** |

This matter originally came before the Court on plaintiff Joe Hand Promotions' Motion for Summary Judgment, Filing 29. Pursuant to the Court's Memorandum and Order dated April 26, 2023, the Court granted Joe Hand Promotions' Motion for Summary Judgment in part and denied it in part. Filing 39 at 4. However, the Court deferred issuing final judgment in this case until Joe Hand Promotions advised the Court whether it intended to pursue additional damages at trial. Filing 39 at 4. Joe Hand Promotions has since advised the Court and notified Defendants "that it will not pursue the additional $1,500.00 in damages" this Court previously denied when it ruled upon the Motion for Summary Judgment. *See* Filing 40 at 1.

Accordingly, it is now appropriate to enter final judgment. The Court will issue a separate judgment contemporaneously with this Memorandum. The Court repeats that to the extent Joe Hand Promotions seeks attorneys' fees and/or recoverable costs associated with this litigation, it shall file a fee affidavit along with any accompanying legal memoranda and supporting documentation no later than May 10, 2023. *See* Filing 39 at 24; *see also* Filing 40 at 1. Defendants shall then have fourteen (14) days from the date that Joe Hand Promotions files its fee affidavit to submit a response. *See* Filing 39 at 24.

1

Dated this 4th day of May, 2023.

                                        BY THE COURT:

                                        _____
                                        Brian C. Buescher
                                        United States District Judge